U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JAN 22 2026

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CV126-021

HAROLD DOBY III,
Plaintiff,

v.

OFFICER JOSHUA FREEMAN, Individually and in his official capacity,
RICHMOND COUNTY SHERIFF'S OFFICE,
Defendants.


Civil Action No.: _____
(Jury Trial Demanded)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983)

## I. JURISDICTION AND VENUE
This action arises under the Constitution and laws of the United States, including 42 U.S.C. §1983 and the Fourth Amendment. Jurisdiction is proper under 28 U.S.C. §§1331 and 1343. Venue is proper under 28 U.S.C. §1391(b).

## II. PARTIES
Plaintiff Harold Doby III is a resident of Augusta, Georgia. Defendant Officer Joshua Freeman was at all relevant times a sworn, uniformed officer with the Richmond County Sheriff's Office, acting under color of state law.

## III. FACTUAL ALLEGATIONS
In May 2022, Plaintiff was subjected to a taser deployment by Officer Joshua Freeman while not under arrest, not committing a crime, and posing no immediate threat. The taser deployment caused permanent blindness in one eye, requiring placement of a prosthetic eye in December 2022. No charges were filed. Body camera footage, police reports, and medical records exist. Plaintiff was later incarcerated on an unrelated matter from October 2023 through December 2024.

## IV. CLAIMS FOR RELIEF
Count I – Excessive Force (Fourth Amendment)
Officer Joshua Freeman used unreasonable force in violation of clearly established law.

Count II – Municipal Liability (Monell)
Plaintiff's injuries were caused by policies, customs, or failures in training and supervision.

## V. DAMAGES
Permanent blindness, disfigurement, pain and suffering, emotional distress, and medical expenses.

## VI. PRAYER FOR RELIEF
Plaintiff seeks compensatory and punitive damages, costs, and all other relief deemed just.

## VII. JURY DEMAND
Plaintiff demands a trial by jury.

Respectfully submitted,

*Harold Doby III*    1-22-26
Harold Doby III
Plaintiff, Pro Se
844 Forsythe St
Augusta, GA