AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

HAROLD DOBY, III,

      Plaintiff,

      **v.**

OFFICER JOSHUA FREEMAN and
RICHMOND COUNTY SHERIFF'S OFFICE,

      Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV 1:26-cv-21

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered April 22, 2026 overruling all objections and adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, this case is dismissed because Plaintiff fails to state a claim upon which relief may be granted. This case stands closed.

4/22/2026

*Date*



John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020